# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

POLLY A. SHATRAW

　　　　　　　　V.　　　　　　　CASE NUMBER: 7:04-CV-510(NAM)

COMMISSIONER OF SOCIAL
SECURITY


| | |
|---|---|
| [ ] | **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict. |
| [XX] | **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered. |

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of DEFENDANT against DEFENDANT, affirming the Commissioner's decision denying disability benefits pursuant to the Memorandum-Decision and Order of the Hon. Norman A. Mordue filed on September 30, 2008.


DATED:     September 30, 2008

　　　　　　　　　　　　　　　　　　　　　　　　*Lawrence K. Baerman*
　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court


LKB:lmp